IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEIL F. FOGARTY, | ) |
|     Plaintiff, | ) CIVIL ACTION NO. 2:19-cv-00173 |
| v. | ) HONORABLE MARILYN J. HORAN |
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION, | ) |
|     Defendant. | ) |

### STIPULATION FOR DISMISSAL

The parties to this action by and through their undersigned counsel of record hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Respectfully submitted,

s/Matthew R. Mazgaj
Matthew R. Mazgaj, Esquire
Marcus Shapira LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, Pennsylvania 15219

s/Joel S. Sansone
Joel S. Sansone, Esquire
Law Offices of Joel Sansone
Two Gateway Center, Suite 1290
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
412.281.9194
PA ID No. 41008

Dated: August 14, 2020

By the Court:

_/s/ Marilyn J. Horan_ J.